# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

DAVID M. FRIEDMAN
DIRECT DIAL: 212-506-1740
DIRECT FAX: 212-835-5040
DFRIEDMAN@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

November 10, 2014

**VIA ECF AND HAND DELIVERY**

The Honorable Richard M. Berman
United States District Judge
United States Courthouse, 500 Pearl Street
New York, New York 10007

Re:  *LightSquared, Inc., et al.* ("LightSquared") *v. Harbinger Capital Partners, LLC., et al.* ("Harbinger"), No. 14-CV-8550-RMB.

Dear Judge Berman:

Following the entry of the Court's order of October 31, 2014, the parties conferred in good faith with respect to LightSquared's Motion to Stay Harbinger's Litigation Efforts (the "Motion To Stay"), which is the subject of the above-referenced Motion to Withdraw the Reference (the "Motion to Withdraw"), and the issues related thereto described in my letter of October 31, 2014.

I am pleased to report that a hearing before Bankruptcy Judge Chapman on the Motion to Stay has been adjourned from this week to a date not earlier than December 4, 2013, thereby alleviating the urgency of Harbinger seeking interim relief from this Court. Furthermore, LightSquared has no objection to Harbinger filing a motion to seal with respect to certain transcripts that the Bankruptcy Court ordered to be maintained under seal.

We look forward to appearing before this Court on November 13, 2014 at 10:45AM and to receiving guidance on a timetable for a determination of the Motion to Withdraw.

Respectfully submitted,

David M. Friedman

cc:  Counsel for LightSquared (by e-mail)